ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Raytheon Company, Space and Airborne Systems ) ASBCA No. 57803
)
Under Contract Nos. F04701-03-C-0008 )
FA8650-04-C-1706 )

APPEARANCES FOR THE APPELLANT: Paul E. Pompeo, Esq.
Stuart W. Turner, Esq.
Arnold & Porter LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Arthur M. Taylor, Esq.
Deputy Chief Trial Attorney
Defense Contract Management Agency
Chantilly, VA

ORDER OF DISMISSAL

The parties filed a joint motion to dismiss ASBCA 57803, dated 6 August 2015, representing that they had executed a settlement agreement. Accordingly, this appeal is dismissed with prejudice.

Dated: 14 August 2015

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57803, Appeal of Raytheon Company, Space and Airborne Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals